**ROBERT J. BARSCH, ESQ.**
**ATTORNEY AT LAW**
**60 EAST 42ND STREET, SUITE 2501**
**NEW YORK, NY 10165**
**(212) 986-2251   FAX (212) 986-2238**

July 20, 2007

<u>Original Filed By ECF</u>
Hon. Nina Gershon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>Carmichael v. City of New York</u>
           <u>Case No. 06-01913 (NG)</u>

Dear Judge Gershon:

    I represent Plaintiff Elle Carmichael in the above referenced action.  I am writing to request a one-week extension of plaintiff's time to serve and file opposition to Defendant City of New York's motion to dismiss the action.  The reason for the request concerns my inability to get to my office recently because of the thunderstorm flooding in Nassau County where I reside this past Wednesday and the steam pipe explosion of the same day, which occurred within a block of my office.

    The original date for Plaintiff to serve and file her opposition is July 23, 2007.  There have been no prior requests for an extension.  Defendant, by its counsel, Assistant Corporation Counsel Jennifer Rubin, consents to this request.

    Accordingly, it is respectfully requested that Plaintiff's date for the service and filing of opposition papers be extended to July 30, 2007, and that Defendant's date for the service and filing of reply papers be extended from July 30, 2007 to August 8, 2007.

                                    Respectfully submitted,

                                    /s/ Robert J. Barsch

cc:  Jennifer Rubin, Asst Corp. Counsel (via fax, 7/20/07)