| | | |
|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: 5/8/09 |
| | U.S. MAGISTRATE JUDGE | START TIME: 12:30 p.m. |
| | | END TIME: 12:55 p.m. |

DOCKET NO.   CV-06-1913                                              JUDGE:   NG

CASE NAME:   Carmichael v. City of New York, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff   Robert Barsch

                           Defendant   Shawn Fabian (City); Lorenzo Bryan (Wallaces)


SCHEDULING AND RULINGS:

1. The next conference will be held by telephone on **July 31, 2009 at 2:15 p.m.**, to be initiated by counsel for the defendant City of New York (Chambers: 718-613-2400).

2. Notwithstanding the expiration of discovery deadlines, the parties may conduct the depositions of the defendants and the police officers noticed by the plaintiff, provided, however, that barring unavoidable conflicts or unforeseeable circumstances the depositions shall be completed by July 31, 2009.

3. As to the plaintiff's discovery requests served after the discovery deadline set by the court, and given the fact that the court has already extended discovery deadlines because of the plaintiff's prior failure to conduct discovery, the court will scrutinize carefully each discovery request for relevance and burdensomeness. The defendants may provide the court with its position concerning the relevance of the various requests made by the plaintiff and the burdensomeness (if any) of responding by May 22, 2009; the plaintiff may submit a response no later than June 5, 2009. Argument will be scheduled thereafter if necessary.