

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SHAWN D. FABIAN**
*Assistant Corporation Counsel*
E-mail: shfabian@law.nyc.gov
Phone: (212) 788-0906
Fax: (212) 788-9776

April 8, 2010

**BY ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:        <u>Elle Carmichael, et al. v. City of New York, et. al.</u>, 06-CV-1913 (NG)(VVP)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. Defendant City writes to respectfully request a brief adjournment of the Discovery Conference currently scheduled for April 20, 2010 at 10:00 a.m. to April 28, 2010 in the afternoon. Plaintiff's counsel, Eyad Asad, Esq., and co-defendants' counsel, A. Lorenzo Bryan, Esq., consent to this request, and all counsel are available the afternoon of April 28, 2010.

        The reason for this request is the undersigned will be out of the state beginning April 19, 2010 and will be returning to the office on April 22, 2010. After speaking with Your Honor's chambers to ascertain Your Honor's availability, defendant respectfully requests the conference be briefly adjourned until April 28, 2010 in the afternoon.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Shawn D. Fabian
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Kenneth P. Thompson, Esq. (By ECF)
Eyad Asad, Esq. (By ECF)
Thompson, Wigdor & Gilly LLP
*Attorneys for Plaintiff*
85 Fifth Avenue, Fifth Floor
New York, New York 10003

A. Lorenzo Bryan, Esq. (By ECF)
*Attorney for Co-Defendants Wallace*
366 Stuyvesant Avenue
Brooklyn, New York 11233