BEFORE: VIKTOR V. POHORELSKY                    DATE:          4/28/10
            U.S. MAGISTRATE JUDGE                 START TIME:  3:10 p.m.
                                                              END TIME:    3:25 p.m.

DOCKET NO.     CV-06-1913                                         JUDGE:    NG

CASE NAME:     Carmichael v. City of New York, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:     Status

APPEARANCES:     Plaintiff       Kenneth Thompson

                             Defendant       Shawn Fabian, Matthew Modaferri (City); Lorenzo Bryan (Wallaces)

SCHEDULING AND RULINGS:

1. The next conference will be held in person on **May 14, 2010 at 12:00 noon**.

2. The parties seek, and are granted, additional time to discuss and attempt to resolve outstanding issues concerning discovery requests.