BEFORE: VIKTOR V. POHORELSKY            DATE:       5/14/10
        U.S. MAGISTRATE JUDGE           START TIME: 12:00 p.m.
                                        END TIME:   12:50 p.m.

DOCKET NO.   CV-06-1913                                    JUDGE:   NG

CASE NAME:   Carmichael v. City of New York, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

APPEARANCES:   Plaintiff    Kenneth Thompson, David Gottlieb

               Defendant    Shawn Fabian, Matthew Modaferri (City); Lorenzo Bryan
                            (Wallaces)

SCHEDULING AND RULINGS:

1. The next conference will be held in person on **July 13, 2010 at 12:00 noon**.

2. The parties have resolved many of their disputes regarding the scope of discovery. The open items largely involved discovery related to the development of statistical evidence. The court defers ruling on the scope of such discovery and directs the parties to focus discovery on the evidence relating to the question whether the plaintiff can demonstrate that the defendant City's delay in opening and conducting a missing persons investigation as to the decedent led to her death.

3. The plaintiff's motion to compel discovery is GRANTED in part and DENIED in part.