

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Kenneth P. Thompson**
kthompson@twglaw.com

May 17, 2010

**VIA ECF**

The Hon. Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Elle Carmichael v. City of New York, et al., 06-CV-1913 (NG)(VVP)</u>

Dear Judge Pohorelsky:

As Your Honor is aware, we represent Plaintiff Elle Carmichael in the above-referenced matter. We write this letter to clarify the Court's order regarding the status conference held on Friday, May 14, 2010.

During the status conference, the Court ordered that Defendant City of New York produce the files regarding the investigations into the disappearances of Svetlana Aronov and Imette St. Guillen, limited in scope to the earlier of the following dates: (1) two weeks from the date of the first missing person complaint, or (2) the date the missing person/decedent was located.

We write to clarify this aspect of the Court's status conference order because it was not contained in the order that was electronically filed earlier today.

Thank you for your attention to this matter.

Respectfully Submitted,

Kenneth P. Thompson

cc:    Shawn Fabian
       A. Lorenzo Bryan