| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY<br>U.S. MAGISTRATE JUDGE | DATE:<br>START TIME:<br>END TIME: | 6/21/11<br>2:00 p.m.<br>2:25 p.m. |

DOCKET NO.    CV-06-1913                                         JUDGE:    NG

CASE NAME:    Carmichael v. City of New York, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Discovery

APPEARANCES:    Plaintiff    Kenneth Thompson, David Gottlieb

　　　　　　　　　　Defendant    Arthur Larkin (City); Lorenzo Bryan (Wallaces) (by telephone)

SCHEDULING AND RULINGS:

1. The City advises that it will not be making a dispositive motion at this time concerning the causation issue. Accordingly, discovery concerning the statistical information sought by the plaintiff will proceed.

2. By June 30, 2011, the City shall determine what difficulties, if any, the City will encounter in producing the documents and other information responsive to the requests for statistical information that were propounded by the plaintiff on June 10, 2011, and will communicate with the plaintiff's counsel concerning any such difficulties and concerning production of documents and information as to which no objections will be raised.

3. At the next conference, the court will resolve disputes concerning the scope of production to be made responsive to the plaintiff's requests for statistical information, and will schedule deadlines for the completion of any outstanding depositions to be taken by any of the parties, as well as any other discovery that will be undertaken.

4. The next conference will be held in person on **July 27, 2011 at 11:00 a.m.**