BEFORE:    MARILYN D. GO                                         DATE:    6/28/11
               U.S. MAGISTRATE JUDGE               START TIME:    4:00 p.m.
                                                                               END TIME:    4:30 p.m.

DOCKET NO.    CV-06-1913                                        JUDGE:    NG

CASE NAME:    Carmichael v. City of New York, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Discovery - Deposition Dispute

APPEARANCES:    Plaintiff    David Gottlieb

                             Defendant    Arthur Larkin (City)


SCHEDULING AND RULINGS:

1.    Rulings made on the record concerning the conduct of deposition.