

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | **ARTHUR G. LARKIN**<br>Senior Counsel<br>Phone: (212) 788-1599<br>Fax: (212) 788-9776<br>alarkin@law.nyc.gov |

November 9, 2011

**BY ECF**

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Elle Carmichael v. City of New York, et al.</u>, 06-CV-1913 (NG) (VVP)

Your Honor:

    We write in order to seek a brief extension of time, <u>from tomorrow, November 10, to Wednesday, November 16, 2011</u>, within which defendants must respond to plaintiff's motion to compel the deposition of James Samborski, or to compel the City to disclose his last known address.  We request this extension because, for the past two weeks, the undersigned has been working on a motion to dismiss the class action lawsuit filed on behalf of the group of protesters arrested on October 1, 2011, on the Brooklyn Bridge, during the "Occupy Wall Street" march that took place that day.  The motion was filed today on PACER (*Garcia v. Bloomberg*, 11-CV-6957 (JSR)).  In addition, I will be out of the office on vacation tomorrow and Friday.  <u>Plaintiff consents to this request</u>.  We thank Your Honor for considering the foregoing.

                Respectfully submitted,

                /s/
                Arthur G. Larkin (AL 9059)
                Assistant Corporation Counsel

AGL/m
cc:    All Counsel (by ECF)