UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ELLE CARMICHAEL, as Administratrix of the
Estate of Romona Moore,

                Plaintiff,                **ORDER**

    - v -

                                          CV-06-1913 (NG)(VVP)

CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------x

      The plaintiff has moved to compel the defendant City of New York to provide the last known address of retired Detective James Samborski and to permit the plaintiff to depose the Detective. The motion is granted in part and denied in part. The plaintiff is permitted to depose Detective Samborski to obtain facts concerning the investigation into the disappearance of Svetlana Aronov. To facilitate that deposition, the City is to attempt to locate Detective Samborski and to produce him for the deposition if he agrees. If he does not agree, or if the defendant is unable to locate him within twenty days, the defendant shall provide the plaintiff's counsel with his last known address, as obtained by the subpoena issued by the court. The address shall not be disclosed to anyone other than counsel and a licensed private investigator whom counsel may hire; any such investigator shall sign a copy of this order indicating his agreement not to disclose the address to anyone.

      The plaintiff's response, if any, to the defendant's cross-motion for a protective order limiting the scope of questioning of Detective Samborski is to be filed by November 29, 2011.

                                                        **SO ORDERED:**

                                                    *Viktor V. Pohorelsky*
                                                    VIKTOR V. POHORELSKY
                                                    United States Magistrate Judge

Dated:   Brooklyn, New York
            November 22, 2011