UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELLE CARMICHAEL, as Administratrix of the
Estate of Romona Moore,

                Plaintiff,         **PROTECTIVE ORDER**

   - v -

                                                 CV-06-1913 (NG)(VVP)

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------x

      As the court has received no opposition by the plaintiff to the defendants' motion for a protective order limiting the scope of questioning during the deposition of retired Detective James Samborski, the motion is granted. The questioning of the witness is to be limited to the investigative steps he took in connection with the disappearance of Svetlana Aronov. The witness is not to be asked to opine or speculate about the investigation involving Romona Moore, about hypothetical investigative steps that could have been taken in that case, or about his opinions concerning the policies and procedures of the police department.

                                                 **SO ORDERED:**

                                                 *Viktor V. Pohorelsky*

                                                 VIKTOR V. POHORELSKY
                                                 United States Magistrate Judge

Dated:    Brooklyn, New York
                December 13, 2011