

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

November 28, 2012

**BY ECF**

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>Elle Carmichael v. City of New York, et al.</u>, 06-CV-1913 (NG) (VVP)

Your Honor:

       We write to request an order precluding (or in the court's discretion, conditionally precluding) plaintiff's canine "expert" Ms. Lisa Harvey from testifying or offering any opinions in this case. Plaintiff has not complied with her mandatory disclosure obligations under Rule 26, and refuses to confirm that Ms. Harvey will appear at our offices for deposition on a previously agreed-upon date, December 14, 2012. We also request that if preclusion is not ordered, the court fix reasonable travel costs for Ms. Harvey to travel to New York for the deposition (she resides in California). Plaintiff insists that Ms. Harvey should stay in New York for <u>three</u> days and nights at the City's expense for a deposition likely to last approximately half a day, which is unreasonable in these circumstances. Defendants' motion for summary judgment is due on or before January 15, 2013, and we are attempting to conduct all expert depositions before the motion is filed. Given the time constraints, we respectfully seek Your Honor's assistance in resolving these matters as soon as practicable.

       *Factual Background*. This case involves claims that the City, as a matter of policy or custom, routinely discriminates against black citizens by failing to investigate missing persons complaints about blacks with the same diligence as it investigates such complaints about whites or others. Plaintiff claims that in April, 2003, she reported her daughter, Romona Moore, missing, and that the police failed to investigate her complaint because Ms. Moore is black. Tragically, she had been kidnapped and was subsequently murdered. Plaintiff's canine "expert," Ms. Harvey, a community college teacher, has opined that if the police had promptly utilized a canine, they would have found Ms. Moore and prevented her murder. In August, we noticed Ms.

Harvey's deposition, and recently the parties agreed on a firm date of Friday, December 14, 2012, for the deposition, in order to accommodate her teaching schedule.

Ms. Harvey's CV indicates that she has testified as a "courtroom" expert in six prior cases (*see* Exhibit A, page 5 of 5). Only the case names are listed; no other identifying information, such as the date, court, name of attorney who retained her, or index number, is provided. Nor are any cases identified in which Ms. Harvey may have testified as an expert at deposition. By e-mail dated August 15, 2012 (copy attached as Exhibit B), more than three months ago, I requested that plaintiff supply transcripts of the testimony in all six cases, or if the witness did not have copies, enough information regarding the cases (court, index number, date of testimony and attorney who retained Ms. Harvey), so that the City could obtain copies at its expense. We also requested copies of her reports in the six cases. (*Id.*) Counsel replied that he was not sure we were entitled to the information we requested but would "look into it." (*Id.*) We have heard nothing for the past three months and still do not have the information we requested, nor do we have any information about cases in which Ms. Harvey may have testified at deposition.

*Plaintiff's Expert Should be Precluded*. Plaintiff should be precluded from calling Ms. Harvey at trial or relying on her opinions in opposition to the City's motion for summary judgment, because plaintiff has failed to disclose information sufficient to enable the City to obtain her prior reports or testimony, and has failed to identify any cases where Ms. Harvey has testified at deposition. Alternatively, we submit that if the court does not order preclusion outright, the court should conditionally preclude Ms. Harvey's opinions unless plaintiff produces copies of all of her prior testimony in the six cases, all prior deposition transcripts and all prior reports she submitted in those cases – not just the information that would enable us to obtain our own copies, because those disclosures are now many months overdue and very little time is left before the deposition takes place, assuming preclusion is not ordered. We submit that plaintiff should be directed to produce all reports and transcripts seven (7) days before the deposition.

Rule 26(a)(2)(B) provides that expert disclosures "must contain … a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition …." Fed. R. Civ. P. 26(a)(2)(B)(v) (emphasis added). "The obvious purpose of providing lists of prior cases is to enable opposing counsel to obtain prior testimony of the expert." *Coleman v. Dydula*, 190 F.R.D. 316, 318 (W.D.N.Y. 1999); *accord*, *Brown v. Overhead Door Corp.*, Case No. 06 C 50107, 2008 U.S. Dist. LEXIS 34879, *5 (N.D. Ill. Apr. 29, 2008) ("defendant is entitled to explore plaintiff's experts' prior testimony in hopes of uncovering inconsistencies between the opinions they intend to express in this case and the opinions expressed in other cases," and ordering plaintiff to disclose transcripts); *see also Medina v. United Christian Evangelistic Association*, Case No. 08-22111-CV, 2009 U.S. Dist. LEXIS 113930, *5, 107 Fair Empl. Prac. Cas. (BNA) 1534 (S.D. Fla. Nov. 20, 2009) ("The purpose of the disclosure requirement [of prior testimony] is to afford the opposing party a reasonable opportunity to prepare for effective cross-examination") (internal quotes omitted).

The list should include enough information so that opposing counsel can obtain copies of the reports or testimony. "Case law establishes that the list of cases in which the witness has testified should at a minimum include the name of the court or administrative agency where the testimony occurred, the names of the parties, the case number, and whether the testimony was

2

given at a deposition or trial." *Coleman*, 190 F.R.D. at 318 (citations omitted).  The courts recognize that without this basic information, opposing counsel "cannot research prior testimony," and further recognize that "Rule 26 does not contemplate shifting this burden to the discovering party." *Id.* (citing *Majewski v. Southland Corp.*, 170 F.R.D. 25, 27 (D. Kan. 1996) (precluding expert testimony where report failed to identify prior cases with sufficient information); *Nguyen v. IBP, Inc.*, 162 F.R.D. 675, 682 (D. Kan. 1995)); *see also Cartier v. Four Star Jewelry*, 01-CV-11295 (CBM), 2003 U.S. Dist. LEXIS 16887, *4-5 (S.D.N.Y. Sept. 24, 2003) (under Rule 26, "the key [issue] is whether sufficient information is provided so that the opposing party's counsel can procure copies of the deposition or trial testimony").

Plaintiff's expert disclosures failed to include any information about the cases except the name of the criminal defendant, viz., all were identified only as "People v. _____," with the defendant's name (*see* Exhibit A, page 5 of 5).  Even after we requested that plaintiff supply identifying information for the cases – more than three months ago – plaintiff's counsel only stated he would "look into" the matter and then did nothing.  The Rules "do[] not contemplate shifting th[e] burden" of finding this information to the party who will cross-examine the expert. *See Coleman*, 190 F.R.D. at 318.  Plaintiff's failure to comply with Rule 26(a) mandates preclusion "unless the failure was substantially justified or was harmless."  Fed. R. Civ. P. 37(c)(1).  Case law establishes that where a plaintiff fails to disclose sufficient information concerning an expert's prior testimony, preclusion is appropriate, especially if little time is left before the expert is expected to testify.  *See, e.g., Majewski*, 175 F.R.D. at 27 (precluding expert six weeks before trial where plaintiff failed to supply complete information on case list); *Norris v. Murphy*, Civil Action # 00-12599-RBC, 2003 U.S. Dist. LEXIS 10795, *7-9 (D. Mass. Jun. 26, 2003) (granting motion to preclude expert filed twenty days before trial, holding that expert's list of case names with no other identifying information was insufficient); *Palmer v. Rhodes Machinery, Inc.*, 187 F.R.D. 653, 656-7 (N.D. Okla. 1999) (granting preclusion in light of "impending trial date" where expert failed to disclose complete case list).

It bears emphasis that an expert's failure to keep complete records does not constitute "substantial justification" for non-compliance.  "An expert cannot deliberately put himself or herself in the position where it is impossible to comply with a rule and then claim that he or she cannot comply.  Self-induced inability to comply with a rule is simply not justified." *Norris*, at *11; *see also Nguyen*, 162 F.R.D. at 681 ("An expert's failure to maintain records in the ordinary course of his business sufficient to allow disclosures to be made, does not constitute 'substantial justification' for the failure to provide required disclosures as to any retained expert expected to testify at the trial of the case"); *Fyfe v. Baker*, File No. 1:06-CV-28, 2007 U.S. Dist. LEXIS 47147, *2-3 (D. Vt. Jun. 28, 2007) (granting preclusion for failure to provide list of prior cases, holding that "experts should not be offering their services in federal court if they cannot (or will not) comply with the Federal Rules and attorneys should not be retaining such experts").

As an alternative to preclusion, we submit that the court should direct plaintiff to incur the cost and expense of locating all of Ms. Harvey's prior courtroom and/or deposition testimony, arranging for transcripts to be created if necessary, and produce copies of both the testimony and reports to the City, no later than Dec. 7, 2012, seven (7) days prior to the deposition date of Dec. 14, 2012, or else be precluded from relying on Ms. Harvey's opinions in this case.  While some courts have allowed parties to cure the defects in disclosure by providing the case list, or else face preclusion, *see, e.g., Nguyen*, 162 F.R.D. at 681-2, we submit that a

3

different remedy is warranted here.  Because the City's motion for summary judgment is due in approximately six weeks (which includes the holiday season), and because the expert deposition must be completed beforehand and is scheduled for Dec. 14, 2012, plaintiff's curing the defect now would not remedy the prejudice to the City.  Plaintiff's failure to comply with the rule at the time the expert disclosures were made or at any time after the City requested compliance three months ago (*see* Exhibit B), warrant an order requiring her to bear the cost and expense of producing the reports and all testimony, or else be precluded.

     *Reasonable Travel Expenses*.  If the court orders a remedy other than preclusion, Ms. Harvey's deposition should take place on Dec. 14, 2012, a firm, previously agreed-upon date.  Plaintiff refuses to confirm the date, however, unless the City agrees to pay for Ms. Harvey to stay in New York for three days and nights.  We submit that plaintiff's position is unreasonable.

     Initially, in attempting to work out travel arrangements for the witness, we suggested that she fly overnight on Dec. 12, arrive on Dec. 13, and that we would conduct the deposition on Dec. 14, giving plaintiff's counsel one day to meet with the witness to prepare.  However, plaintiff's counsel complained that the witness did not want to take the "red eye" flight to New York, so we agreed to pay for an extra night at the hotel, and to rearrange the flight so she could travel early in the day on Dec. 12, arrive in New York that evening, meet with plaintiff's counsel the next day, and then depart on Friday, Dec. 14, at 7:00 p.m., after the deposition was completed (*see* Exhibit C [travel itinerary]).  Plaintiff's counsel, however, had previously insisted and continues to insist that the witness stay in New York for an additional night, at the City's expense, and fly out on Saturday, Dec. 15, rather than Friday after the deposition (*see* Exhibit D).  As we have represented to plaintiff's counsel, the deposition will be completed before 4:00 p.m. (most likely earlier), well in advance of the 7:00 p.m. Friday night flight.  However, counsel refuses to confirm the Dec. 14, 2012, date unless the City agrees to pay for the additional day and night in New York.

     We request that, in the event the witness is not precluded, that plaintiff bear the costs of travel over and above the reasonable costs the City has agreed to pay, which amount to $879.95, equal to air fare ($289.95) and hotel reservations for two nights ($295.00 per night, or $590.00 total).  Plaintiff should be required to present invoices for her expert's air fare and hotel reservations, and the City will reimburse the air fare up to a total of $289.95, and hotel accommodations up to $590.00.  We submit that plaintiff should bear all other costs associated with the deposition except for the court reporter and the witness' customary fee, in light of her counsel's unreasonable position on this matter.

                             Respectfully submitted,


                             /s/
                             Arthur G. Larkin (AL 9059)
                             Assistant Corporation Counsel

AGL/m
Attachments
cc:    All Counsel (by ECF)

# EXHIBIT A

Lisa M. Harvey, Ph.D.
P.O. Box 1187
Lucerne Valley, CA  92356
760-680-6156
**harveyl.92356@gmail.com**

**Education**
2005-2007 National University, San Diego, California Master of Science in Forensic Science.

1992-1993 San Diego State University, San Diego, California, Post-Doctoral Fellowship.

1984-1992 Loma Linda University, Loma Linda, California. Ph.D. in Physiology. Research Emphasis: The Role of Hypoxic Stress on Fetal Adrenal Development

1989 Loma Linda University, Loma Linda, California. Certificate for Basic Microsurgery Technician.

1984-1986. Loma Linda University, Loma Linda, California. Master of Science in Physiology. Research Emphasis: The Role of Hypoxic Stress on Fetal Adrenal Development.

1979-1984. Point Loma College, San Diego, California.  Bachelor of Art in Chemistry.

1979-1984. Point Loma College, San Diego, California, Bachelor of Art in Biology.

**Work Experience**
2008-present, Academic Senate Executive Team, Victor Valley College, Victorville, California. Academic Senate Vice President and Current Academic Senate President.

2007-present, Professor. Victor Valley College, Victorville, California. Department of Biology. Research emphasis: Olfactory Ability of Bloodhounds and Molecular Structure of Human Scent. Courses:  Human Physiology, Human Physiology Lab, Human Anatomy, Gross Anatomy, Endocrinology.

2007-present, Project Director, Title V Math and Science Co-op Grant, Departments of Math, Chemistry and Biology, Victor Valley College, Victorville, California. Grant Emphasis: Increase Transferability of Undergraduate Students in a Hispanic Serving Institution, Mentoring of Undergraduate Students to Increase Student Retention and Student Success.

2006-present, Assessment Coordinator campus-wide, Victor Valley College, Victorville, California.

2004-present. Department Chair of Biology. Victor Valley College, Victorville, California.

2000-present. Undergraduate Research Coordinator for the Sciences. Victor Valley College, Victorville, California. This position involves tracking the progress of science students involved in undergraduate research.

2001-2009. Director of Undergraduate Research. Victor Valley College, Victorville, California. This position serviced all disciplines at the college. I developed a process for funding undergraduates to attend and present their projects at research conferences. I also created a campus poster session for undergraduate students to compete for awards.

2001-2009. Assistant Professor. Victor Valley College, Victorville, California. Department of Biology. Research emphasis: The Potential Role of Androstenedione in Intrauterine Growth Retardation. Courses: Human Anatomy, Gross Anatomy, Human Physiology, Independent Study for Research.

1997-2001. Associate Professor,. Victor Valley College, Victorville, California. Department of Biology. Courses: Human Physiology, Human Anatomy.

1993-1997 Adjunct Faculty, Victor Valley College, Victorville, California, Department of Biology.

1992-1993 Post-Doctoral Fellow, San Diego State University, San Diego, California.  Research emphasis: The Effects of Androstenedione on Rat Myometrium.

**Publications**
**Harvey LM,** Harvey, SJ, Haser, A. MHC Odortype Found in Human Plasma.  Being written for submission for publication to J. of Chemical Senses.

**Harvey LM,** Harvey, SJ, Haser, A. MHC Odortype Found in Human Urine.  Submitted for publication to J. of Chemical Senses.

**Harvey LM,** Harvey, SJ, CrawfordK. A Comparative Study on Traditional Scent Collection Verses the STU-100$^{TM}$. Submitted for publication to J. of International. Forensic Sci.

**Harvey LM**, Harvey SJ, Hom M, Perna A, Salib J. The use of bloodhounds in determining the impact of genetics and the environment on the expression of human odortype. J Forensic Sci. 2006 Sep;51(5):1109-14.

**Harvey LM**, Harvey JW. Reliability of bloodhounds in criminal investigations. J Forensic Sci. 2003 Jul;48(4):811-6.

**Harvey LM**, Gilbert RD, Longo LD, Ducsay CA. Changes in ovine fetal adrenocortical responsiveness after long-term hypoxemia. Am J Physiol. 1993 May;264(5 Pt 1):E741-7.

Cahleen Shrier, Jeff Harvey, John Erickson, Amy Sell, Mehr Filmardirossian, Rebecca S. Gay, Cynthia N. Berry, and **Lisa M. Harvey**. The Effect of Androstenedione Treatment on Pregnant Rats. Biology of Reproduction, 60(1):125, Abstract# 102, 1999.

Cahleen M. McNutt Shrier, Jeffrey W. Harvey, Ame C. Sell, Mher V. Filmardirossian, John T. Erickson, Rebecca S. Gay, Cynthia N. Berry, and **Lisa M. Harvey**. Maternal and Fetal Estrogen levels After Administration of Androstenedione to Pregnant Rats. Biology of Reproduction, 65(1):331-2, Abstract# 574, 2001.

**Lisa Harvey,** Malgorzata Mlynarczyk, Kanchan M Kaushal, Lubo Zhang and Charles Ducsay. Chronic Cocaine Treatment in the Pregnant Rat Mimics the Effect of Chronic Hypoxia on Myometrial Contractility in Vitro. Journal of the Society for Gynecologic Investigation, 9(1):303a, abstract #733, Jan/Feb 2002.

**Lisa Harvey,** Malgorzata Mlynarczyk, Kanchan M Kaushal, and Charles Ducsay. Chronic Hypoxia Elevates Myometrial and Serum Interleukin Concentrations in Rats During Late Gestation. 49th Annual Meeting of the Society for Gynecologic Investigation, March 20-23, 2002, Los Angeles, CA. Journal of the Society for Gynecologic Investigation, 9(1):303a, abstract #732, Jan/Feb 2002.

**Presentations**
**Lisa M Harvey** and Charles A. Ducsay, Catecholamines and Circadian Uterine Activity in The Pregnant Rhesus Macaque, Society For Gynecologic Investigation, 36th Annual Meeting; San Diego, California; March 1989.

C.A. Ducsay, **L.M. Harvey**, C.M. McNutt and R.D. Gilbert. Effects of Nicardipine on Uteroplacental Blood Flow in the Rhesus Macaque. Society For Gynecologic Investigation, 36th Annual Meeting; San Diego, California; March 1989.

Cahleen M. McNutt, **Lisa M. Harvey**, Kanchan M. Kaushal, and Charles A. Ducsay, Effect of Catecholamines On In Vitro Prostaglandin (PG) Production By Amnion and Chorion From The Rhesus Macaque at 65-158 Days Gestation. Society For Gynecologic Investigation, 37th Annual Meeting, St. Louis, Missouri, March 1990.

C.A. Ducsay, S.M. Yellon, D.L. Hess, **L.M. Harvey**, and C.M. McNutt, Regulation of Myometrial And Endocrine Rhythms by Photoperiod In The Pregnant Rhesus Macaque. Society For Gynecologic Investigation, 37th Annual Meeting, St. Louis, Missouri, March 1990.

Cahleen Shrier, Jeff Harvey, John Erickson, Amy Sell, Mehr Filmardirossian, Rebecca S. Gay, Cynthia N. Berry, and **Lisa M. Harvey**. The Effect of Androstenedione Treatment on Pregnant Rats. 32nd Annual Meeting of the Society for the Study of Reproduction, July 31 - August 4, 1999, in Pullman, Washington.

Cahleen M. McNutt Shrier, Jeffrey W. Harvey, Ame C. Sell, Mher V. Filmardirossian, John T. Erickson, Rebecca S. Gay, Cynthia N. Berry, and **Lisa M. Harvey**. Maternal and Fetal Estrogen

levels After Administration of Androstenedione to Pregnant Rats. 35th Annual Meeting of the Society for the Study of Reproduction, July 28 - August 1, 2001, in Ottawa, Ontario, Canada.

**Lisa M. Harvey,** Malgorzata Mlynarczyk, Kanchan M Kaushal, Lubo Zhang and Charles Ducsay. Chronic Cocaine Treatment in the Pregnant Rat Mimics the Effect of Chronic Hypoxia on Myometrial Contractility in Vitro. 49th Annual Meeting of the Society for Gynecologic Investigation, March 20-23, 2002, Los Angeles, CA.

**Lisa M. Haravey,** Malgorzata Mlynarczyk, Kanchan M Kaushal and Charles Ducsay. Chronic Hypoxia Elevates Myometrial and Serum Interleukin Concentrations in Rats During Late Gestation. 49th Annual Meeting of the Society for Gynecologic Investigation, March 20-23, 2002, Los Angeles, CA.

**My Students' Undergraduate Research Presentations**
John Erickson and **Lisa M. Harvey.** Androstenedione and its Affects on Birth Weight. 21st Annual West Coast Undergraduate Research Conference in Biological Sciences, Point Loma, CA, April 1996.

Mher Filmadirossian, John Erickson, **Lisa Harvey** and Cahleen Shrier. Intrauterine Growth Retardation Induced by Androstenedione Administration to Pregnant Rats. 22nd Annual West Coast Undergraduate Research Conference in Biological Sciences, Los Angeles, CA; May 1997.

John Bartsch, Silva Salibian, **Lisa Harvey** and Cahleen Shrier. Myometrial Responsiveness to Bombesin in the Pregnant Rat. Southern California Conference on Undergraduate Research, California State University, Los Angeles, CA; Nov 1997.

John Bartsch, **Lisa Harvey** and Cahleen Shrier. Effects of Agonist and Antagonists on Bombesin Induced Contractions of the Pregnant Rat. 23rd Annual West Coast Biological Sciences Undergraduate Research Conference, San Francisco, May. 1998.

Ame Sell, **Lisa Harvey** and Cahleen Shrier. The Effects of a Pharmacological Increase in Androstenedione to Pregnant Rats on Fetal Development. 23rd AnnualWest Coast Undergraduate Research Conference in Biological Sciences, San Francisco, May. 1998

Jonathan Funk, Jeff Harvey, Cahleen Shrier, and **Lisa Harvey**. Ability of Bloodhounds To Follow An Individual's Scent on Mixed Trails. 24th Annual West Coast Biological Sciences Undergraduate Research Conference, Irvine, California, May 1, 1999.

Krystal Crawford and **Lisa Harvey**. Can Bloodhounds Discriminate Between the Scents of Identical Twins? – A Preliminary Study. 25th Annual West Coast Biological Sciences Undergraduate Research Conference, Point Loma, California, April 29, 2000.

Lauren Horvath, Charity Plaxton-Hennings and **Lisa Harvey**. Salivary Cortisol Levels and Immune Functioning in College Students. 30th Annual West Coast Biological Sciences Undergraduate Research Conference, Santa Clara, California, April 30, 2005.

**Use of Bloodhounds for Law Enforcement Assistance**

**Bloodhound Training and Experience:**

-Eight months of beginning training from veteran bloodhound handler-Larry Harris, Irvine PD

-Post certified 24 Hr (3 days) Urban Mantrailing School-Alameda PD

-24 Hr (3 days) Mantrailing class put on by FBI Canine Assistance Program Leader Glenn Rimbey

-Trained five bloodhounds, *Dana, Shelby, Dakota, Tank and Sierra*

 -Assisted in training and recruiting new handlers

-Ran numerous practice trails with bloodhounds over all types of terrain and weather conditions

-Ran numerous criminal trails assisting various law enforcement agencies:  San Bernardino Police, San Bernardino Sheriff Department, Riverside Sheriff Department, Kern County Sheriff, Riverside Police, Rialto Police, Redlands Police, Colton Police, San Bernardino District Attorney's Office, San Bernardino Fire Department, Riverside Fire Department, Victorville Fire Department, Department of Alcohol Tobacco and Firearms, Federal Bureau of Investigation.

-Conducted numerous Bloodhound demonstrations for various schools, churches, police and fire departments

-Courtroom testimony (Expert Witness):  *People vs. Michael Anthony Perez, People vs. Alexander Adame, People vs. Bachman, People vs. Lakurtis Thomas and People vs. Jackson, People vs. Espalin.*

# EXHIBIT B

**Larkin, Arthur**

| | |
|---|---|
| **From:** | David Gottlieb [dgottlieb@thompsonwigdor.com] |
| **Sent:** | Wednesday, August 15, 2012 2:45 PM |
| **To:** | Larkin, Arthur |
| **Subject:** | RE: Lisa Harvey Expert Report |

OK, I'll look into it and get back to you.

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Larkin, Arthur [mailto:ALarkin@law.nyc.gov]
**Sent:** Wednesday, August 15, 2012 2:43 PM
**To:** David Gottlieb
**Subject:** RE: Lisa Harvey Expert Report

If the reports concern the same, or similar, subject matter as the report in this case, they are discoverable under the general rules that concern relevance, and in appropriate cases courts will order that reports and/or testimony be disclosed.  I don't have time to find the case law for you, but it is readily available.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
212-788-1599 (tel.)
212-788-9776 (fax)

---

**From:** David Gottlieb [mailto:dgottlieb@thompsonwigdor.com]
**Sent:** Wednesday, August 15, 2012 2:24 PM
**To:** Larkin, Arthur
**Subject:** RE: Lisa Harvey Expert Report

Arthur,

I'm not sure you are entitled to the reports requested here.  I'll need to look into it.  Do you have any authority for this request?  As for identifying information regarding her previous testimony, I will let you know when I get the information.

Thanks,

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Larkin, Arthur [mailto:ALarkin@law.nyc.gov]
**Sent:** Wednesday, August 15, 2012 1:08 PM
**To:** David Gottlieb
**Subject:** FW: Lisa Harvey Expert Report

Further to the message below, please also provide copies of any written reports Ms. Harvey signed or prepared in connection with each of the six cases.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
212-788-1599 (tel.)
212-788-9776 (fax)

---

**From:** Larkin, Arthur
**Sent:** Wednesday, August 15, 2012 1:00 PM
**To:** 'David Gottlieb'
**Subject:** RE: Lisa Harvey Expert Report

Would you please produce copies of the transcripts of Ms. Harvey's testimony in the six cases referenced in her CV.

If she does not have copies, please provide sufficient information concerning these cases (court, index number, date of testimony and attorney who retained Ms. Harvey), so that we may obtain copies at our expense.

Thanks in advance.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
212-788-1599 (tel.)

212-788-9776 (fax)

**From:** David Gottlieb [mailto:dgottlieb@thompsonwigdor.com]
**Sent:** Monday, April 09, 2012 6:48 PM
**To:** Larkin, Arthur
**Subject:** Lisa Harvey Expert Report

Arthur,

Please see attached.  Being sent by U.S. mail as well.

Regards,

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Lucas Rappoport
**Sent:** Monday, April 09, 2012 6:46 PM
**To:** David Gottlieb
**Subject:**

materials to go to Larkin

**Lucas B. Rappoport**
Paralegal
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
lrappoport@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

# EXHIBIT C

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 16 of 23 PageID #: 935

**Larkin, Arthur**

| | |
|---|---|
| **From:** | David Gottlieb [dgottlieb@thompsonwigdor.com] |
| **Sent:** | Tuesday, November 27, 2012 12:49 PM |
| **To:** | Larkin, Arthur |
| **Subject:** | RE: Revised flight for Ms. Harvey |

*As I said, particularly considering we don't know how long her deposition will last and when it will end, I think it's a reasonable request to book a flight for the following day.*

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.
**From:** Larkin, Arthur [mailto:ALarkin@law.nyc.gov]
**Sent:** Tuesday, November 27, 2012 12:36 PM
**To:** David Gottlieb
**Subject:** FW: Revised flight for Ms. Harvey

jQuery(document).ready(function() { svt.logInWithFacebook.init();
$('.hiddenWhileLoading').removeClass("hiddenWhileLoading"); });
As I stated yesterday, we've looked into an earlier flight on the 12th for Ms. Harvey - let me know if she will agree to the arrangement below.  If not I will have to seek the court's assistance.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
212-788-1599 (tel.)
212-788-9776 (fax)

**From:** Dodson, Cassandra
**Sent:** Tuesday, November 27, 2012 11:54 AM
**To:** Larkin, Arthur
**Cc:** Dodson, Cassandra
**Subject:** Revised flight for Ms. Harvey

## Please let me know if these flights will work.  Thanks.

Print this Page   Print this Page in PDF

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 17 of 23 PageID #: 936

## 12 DEC 2012 ▶ 14 DEC 2012
### TRIP TO NEW YORK JFK, NY

PREPARED FOR

## HARVEY/LISA MARIE

RESERVATION CODE   EEQUCB
AIRLINE RESERVATION CODE GRPHOK (DL)
**Travel Arranger Priority Comments**
E TICKET CONFIRMATION NUMBER IS -
FINAL FARE ACCEPTED FOR THIS TICKET IS **
PLUS SERVICE FEE OF 10.35
AS PER YOUR CONVERSATION WITH THE TRAVEL COUNSELOR
THIS RESERVATION IS ON HOLD TILL YOU CALL BACK
WITH AN APPROVAL. PLEASE NOTE THE FARE MAY
NOT BE GUARANTEED.
CURRENT FARE PRICED IS **279.60**

EURO LLOYD TRAVEL GROUP
LUFTHANSA CITY CENTER
1-212-629-5470
NYC@EUROLLOYD.COM

✈ DEPARTURE: **WEDNESDAY 12 DEC** Please verify flight times prior to departure

## DELTA AIR LINES INC

| | | |
|---|---|---|
| LAX<br>LOS ANGELES, CA | ▶ JFK<br>NEW YORK JFK, NY | Aircraft:<br>BOEING 757 200<br>SERIES JET |

## DL 1352

| | | | Distance (in Miles):<br>2461 |
|---|---|---|---|
| Duration:<br>05hr(s) :27min(s) | Departing At:<br>11:30am | Arriving At:<br>7:57pm | Stop(s):<br>0 |
| | Terminal:<br>TERMINAL 5 | Terminal:<br>TERMINAL 3 | |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » HARVEY/LISA MARIE | 29A / Confirmed | Coach | Confirmed | Food for Purchase |

Access Your Itinerary's Trip Details and
Critical Flight Alerts on your Smartphone....



Download TripCase

✈ DEPARTURE: **FRIDAY 14 DEC** Please verify flight times prior to departure

## DELTA AIR LINES INC

| | | |
|---|---|---|
| JFK<br>NEW YORK JFK, NY | ▶ LAX<br>LOS ANGELES, CA | Aircraft:<br>BOEING 757 200<br>SERIES JET |

## DL 0087

| | | | Distance (in Miles):<br>2461 |
|---|---|---|---|
| Duration:<br>06hr(s) :32min(s) | Departing At:<br>7:00pm | Arriving At:<br>10:32pm | Stop(s):<br>0 |

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 18 of 23 PageID #: 937

|  | Terminal:<br>TERMINAL 2 | Terminal:<br>TERMINAL 5 |  |  |  |
|---|---|---|---|---|---|

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » HARVEY/LISA MARIE | 34F / Confirmed | Coach | Confirmed | Food for Purchase |

## ◻OTHER: **MONDAY 30 SEP**

# OTHER

NYC
NEW YORK CITY, NY

Status:
Confirmed

Information:
THANK YOU

**Notes**
EURO LLOYD AFTER HOURS PHONE IS 888-694-5665
S0*******RESERVATION ON HOLD********

---

EURO LLOYD TRAVEL GROUP LUFTHANSA CITY CENTER

1-212-629-5470

NYC@EUROLLOYD.COM

document.write(unescape("%3Cscript src='" + (document.location.protocol == "https:" ? "https://sb" : "http://b") +
".scorecardresearch.com/beacon.js' %3E%3C/script%3E")); COMSCORE.beacon({ c1:2, c2:3005558, c3:"", c4:"", c5:"", c6:"",
c15:"" });
var gaJsHost = (("https:" == document.location.protocol) ? "https://ssl." : "http://www."); document.write(unescape("%3Cscript
src='" + gaJsHost + "google-analytics.com/ga.js' type='text/javascript'%3E%3C/script%3E"));

# EXHIBIT D

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 20 of 23 PageID #: 939

**Larkin, Arthur**

**From:**    David Gottlieb [dgottlieb@thompsonwigdor.com]
**Sent:**    Monday, November 26, 2012 4:59 PM
**To:**      Larkin, Arthur; Tanvir Rahman
**Subject:** RE: flight for Mrs. Harvey

Arthur, for all we know her deposition could last until the late afternoon which would make her have to rush to even make the flight, if she would make it at all.  She shouldn't be put in that position.  Remember, she will have to go back to her hotel after the deposition to get her belongings and then get to the airport (of course, the City will be responsible for her taxi fare to and from the airports as well, and we will submit invoices for that).  She is not asking for an extended stay through the weekend.  She's only asking for reasonably comfortable traveling plans.  If you are refusing to confirm that you will pay for these items if she front the costs, and you are refusing to pay for these reasonable accommodations upfront, then I'm afraid we are at an impasse.  The ball is in your court.

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Larkin, Arthur [mailto:ALarkin@law.nyc.gov]
**Sent:** Monday, November 26, 2012 4:47 PM
**To:** David Gottlieb; Tanvir Rahman
**Subject:** RE: flight for Mrs. Harvey

Leaving on Dec. 15th is not reasonable or necessary, and we won't agree to pay for the extra day, or to assume the burden of searching for flights on the 15th, as I've already made clear.

As to your other request regarding an earlier flight on the 12th, I've asked our people to look into availability & will let you know if there's anything.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-177
New York, New York 10007
212-788-1599 (tel.)
212-788-9776 (fax)

**From:** David Gottlieb [mailto:dgottlieb@thompsonwigdor.com]
**Sent:** Monday, November 26, 2012 4:44 PM

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 21 of 23 PageID #: 940

**To:** Larkin, Arthur; Tanvir Rahman
**Subject:** RE: flight for Mrs. Harvey

She also prefers to leave earlier in the day on Dec 15, not later in the day on Dec 14. I think these are all reasonable requests.

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** David Gottlieb
**Sent:** Monday, November 26, 2012 4:41 PM
**To:** 'Larkin, Arthur'; Tanvir Rahman
**Subject:** RE: flight for Mrs. Harvey

Arthur,

Sorry, this flight won't work because it is a red-eye coming to the east coast – it leaves LA at 11:30pm. We need something earlier in the day.

**David E. Gottlieb**
Associate
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800 (Main)
(212) 257-6845 (Fax)
dgottlieb@thompsonwigdor.com
www.thompsonwigdor.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.
**From:** Larkin, Arthur [mailto:ALarkin@law.nyc.gov]
**Sent:** Monday, November 26, 2012 2:07 PM
**To:** David Gottlieb; Tanvir Rahman
**Subject:** FW: flight for Mrs. Harvey
**Importance:** High

jQuery(document).ready(function() { svt.logInWithFacebook.init();
$('.hiddenWhileLoading').removeClass("hiddenWhileLoading"); });
Let us know if we can purchase these tickets - thanks.

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 22 of 23 PageID #: 941

**From:** Larkin, Arthur
**Sent:** Friday, November 23, 2012 11:21 AM
**To:** David Gottlieb; 'Tanvir Rahman'
**Subject:** FW: flight for Mrs. Harvey
**Importance:** High

See below - let me know if the flights work for Ms. Harvey.

**From:** Dodson, Cassandra
**Sent:** Friday, November 23, 2012 11:20 AM
**To:** Larkin, Arthur
**Cc:** Dodson, Cassandra
**Subject:** flight for Mrs. Harvey
**Importance:** High

## Please take a look at this itinerary and let me know if it is ok to ticket as is. Thanks.

Print this Page  Print this Page in PDF

## 12 DEC 2012 ▶ 14 DEC 2012
TRIP TO **NEW YORK JFK, NY**

PREPARED FOR
**HARVEY/LISA MARIE**



EURO LLOYD TRAVEL GROUP
LUFTHANSA CITY CENTER
1-212-629-5470
NYC@EUROLLOYD.COM

RESERVATION CODE   FKFBPH
AIRLINE RESERVATION CODE GREC29 (DL)
**Travel Arranger Priority Comments**
E TICKET CONFIRMATION NUMBER IS -
FINAL FARE ACCEPTED FOR THIS TICKET IS **
PLUS SERVICE FEE OF 10.35
FARE QUOTE USD 249.60 INCL TAX
LAST DAY TO ISSUE THIS TICKET 23 NOV 2012

✈ DEPARTURE: **WEDNESDAY 12 DEC** ▶ ARRIVAL: **THURSDAY 13 DEC**
Please verify flight times prior to departure

| DELTA AIR LINES INC | LAX LOS ANGELES, CA | ▶ JFK NEW YORK JFK, NY | Aircraft: BOEING 757 200 SERIES JET |
|---|---|---|---|
| **DL 1262** | | | Distance (in Miles): 2461 |
| Duration: 05hr(s) :12min(s) | Departing At: 11:30pm (Wed, Dec 12) | Arriving At: 7:42am (Thu, Dec 13) | Stop(s): 0 |
| | Terminal: TERMINAL 5 | Terminal: TERMINAL 3 | |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » HARVEY/LISA MARIE | 33A / Confirmed | Coach | Confirmed | Refreshments for Purchase |

Case 1:06-cv-01913-NG-VVP   Document 161   Filed 11/28/12   Page 23 of 23 PageID #: 942

Access Your Itinerary's Trip Details and
Critical Flight Alerts on your Smartphone....

**Download TripCase**



✈ DEPARTURE: **FRIDAY 14 DEC** Please verify flight times prior to departure

## DELTA AIR LINES INC

| | | | |
|---|---|---|---|
| JFK<br>NEW YORK JFK, NY | ▶ LAX<br>LOS ANGELES, CA | Aircraft:<br>BOEING 757 200<br>SERIES JET | |

### DL 0087

Distance (in Miles):
2461

Duration:
06hr(s) :32min(s)

Stop(s):
0

Departing At:
7:00pm

Arriving At:
10:32pm

Terminal:
TERMINAL 2

Terminal:
TERMINAL 5

| Passenger Name:<br>» HARVEY/LISA MARIE | Seats:<br>38D / Confirmed | Class:<br>Coach | Status:<br>Confirmed | Meals:<br>Food for Purchase |
|---|---|---|---|---|

▢OTHER: **SUNDAY 15 SEP**

## OTHER

NYC
NEW YORK CITY, NY

Status:
Confirmed

Information:
THANK YOU FOR CHOOSING EURO LLOYD
TRAVEL

**Notes**
EURO LLOYD AFTER HOURS PHONE IS 888-694-5665

---

EURO LLOYD TRAVEL GROUP LUFTHANSA CITY CENTER
1-212-629-5470
NYC@EUROLLOYD.COM

document.write(unescape("%3Cscript src='" + (document.location.protocol == "https:" ? "https://sb" : "http://b") +
".scorecardresearch.com/beacon.js' %3E%3C/script%3E")); COMSCORE.beacon({ c1:2, c2:3005558, c3:"", c4:"", c5:"", c6:"",
c15:"" });
var gaJsHost = (("https:" == document.location.protocol) ? "https://ssl." : "http://www."); document.write(unescape("%3Cscript
src='" + gaJsHost + "google-analytics.com/ga.js' type='text/javascript'%3E%3C/script%3E"));