UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ELLE CARMICHAEL, as Administratix of the Estate of Romona Moore,

                           Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                           Defendants.

------------------------------------------------------------------------ X

**REPLY DECLARATION**

06-CV-1913 (NG) (VVP)

ARTHUR G. LARKIN, for his declaration pursuant to 28 U.S.C. §1746, states:

1. I am a Senior Counsel at the New York City Law Department and I am admitted to practice before the bar of this Court. I am fully familiar with the matters discussed below, and I make this declaration in support of defendant City of New York's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. The following exhibits are attached to this declaration:

| | |
|---|---|
| <u>Exhibit K</u> | Missing Persons database printouts concerning Moore and Aronov cases (with cover letter and proof of delivery) |
| <u>Exhibit L</u> | Excerpt from database line item entries concerning Moore case (MP case # #302232) |

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on June 17, 2013.

                                                      /s/
                                     ARTHUR G. LARKIN (AL 9059)

# EXHIBIT K



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

November 4, 2011

**BY HAND DELIVERY**

David Gottlieb, Esq.
Thompson Wigdor LLP
85 Fifth Avenue
New York, New York 10003

    Re:    <u>Elle Carmichael v. City of New York, et al.</u>, 06-CV-1913 (NG) (VVP)

Dear Mr. Gottlieb:

    As mentioned in my e-mail earlier today, enclosed are the missing persons unit printouts for the cases involving Svetlana Aronov and Romona Moore.

Very truly yours,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m
Enclosures
cc:    A. Lorenzo Bryan (by hand) (with enclosures)

# NEW YORK POLICE DEPARTMENT
## MISSING / UNIDENTIFIED PERSONS REPORT

| | | | | | |
|---|---|---|---|---|---|
| CASE TYPE: *Missing* | JURIS CODE: *NYPD* | PCT: *067* | COMPLAINT #: *067064609* | | CASE #: *MP0302232* |
| CODER ID: | TIME: *09:51:00* | DATE: *05/01/2003* | TIME LAST SEEN: *19:00:00* | DATE LAST SEEN: *04/24/2003* | LAST SEEN AT: *615N REMSEN AVENUE* |
| LAST NAME: *MOORE* FIRST: *ROMONA* MIDDLE: | | | ADDRESS: *615 REMSEN AVENUE 1 FL BROOKLYN, NEW YORK 11236* | | |
| TENT NAME: , | | AGE: *21* | DOB: *10-08-1981* | PLACE OF BIRTH: *GUYANA* IN NYS: *N* | LIVED ALONE: *N* |
| RACE: *BLACK* | SEX: *FEMALE* | CAUSE OF ABSENCE: *UNKN* | | CHAR OF CASE: *OTHER* | |
| SSN: | PROBABLE DESTINATION: *UNKN* | | PD CODE: | AGENCY CODE: | AIDED: AIDED #: *0* |
| ARRESTED: | ARREST #: | PL CHARGE: | ASSOCIATE ARREST: | CUSTODIAL PAPERS: DOCKET#: DATE: | |
| MED EXAM #: | WARD #: | HOSPITAL: | E.R. CHART #: | CHART #: | ADMISSIONS #: |
| PHYSICAN: | | DENTIST: | COMPLAINANT/REPORTER: *CARMICHAEL ELLE* ADDRESS: *615 REMSEN AVENUE 1FL* | | |
| HOME PHONE: *718-464-4267* | WORK PHONE: | | DOB: *11-20-1954* | RELATIONSHIP: *Mother* | |

### PHYSICAL INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| PHOTO #: | HEIGHT: *5'02"* | WEIGHT: *115* | EYE COLOR: *BROWN* | BUILD: *VERY THIN* | | COMPLEXION: *DARK* |
| EYE GLASSES: *NONE* | CONTACTS: *N* | HAIR COLOR: *BLACK* | FACIAL HAIR: | | TEETH: | DENTAL RECORDS: |
| LOCATION: | BODY MARKS: | | DEFORMITIES: | | BLOOD TYPE: | |
| | | | | | PHYSICAL COND: *GOOD* | |
| FINGERPRINTED: *Y* | | | OTHER CHARACTERISTICS: *NONE* | | | |

### CLOTHING INFORMATION

| CLOTHING ITEM | STYLE | SIZE | COLOR | MARKINGS | CLOTHING ITEM | STYLE | SIZE | COLOR | MARKINGS |
|---|---|---|---|---|---|---|---|---|---|
| COAT/JACKET/VEST | *JACKET* | *8/10* | *GRAY* | | SHIRT/BLOUSE | | | | |
| PANTS/SKIRT | *JEANS* | *4* | *BLUE* | | SHOES/SNEAKERS | *SNEAKERS* | *9.5* | *LIGHT BLUE* | |

### JEWELRY INFORMATION

| JEWELRY ITEM | DESCRIPTION | JEWELRY ITEM | DESCRIPTION |
|---|---|---|---|
| | | | |

### VEHICLE INFORMATION

| REG #: | STATE: | YEAR: *0* | MAKE: | YEAR: *0* | COLOR: |
|---|---|---|---|---|---|
| STYLE: | | | | | |

### MISC. INFORMATION

| | | | |
|---|---|---|---|
| SCHOOL: *HUNTER COLLEGE* BD OF ED: *N* DIST #: *0* | PUBLICITY DESIRED: | PREVIOUSLY MISSING: *NO* | |
| OCCUPATION: *STUDENT* | PARENT'S NAME: *CARMICHAEL ELLE* ADDRESS: *615 REMSEN AVENUE 1FL* TEL: *718-346-4267* | | |
| SOCIAL WORKER: TEL: | BCW: BCW NAME: BCW TEL | | |
| TRANSIT POLICE: | HOUSING POLICE: | DUTY CAPT: | OPERATIONS DIV: COMM. DIV: |
| PRELIMINARY SEARCH AND/OR INVESTIGATION CONCLUDED: Time: *09:30:00* Date: *04/25/2003* Authority: *SGT GOMEZ* | | | |
| STATUS: *C* | DATE: *05-13-2003* | NOTIFIED BY: *DET CAREY* | |
| NYSPIN: *DET. COLLAZO* | DATE ENTERED: | ENTERED BY: | DATE CANCELLED: CANCELLED BY: |
| AMPS: *898416* | DATE ENTERED: *05-01-2003* | ENTERED BY: *318782* | DATE CANCELLED: *05-13-2003* CANCELLED BY: *898416* |
| PROPERTY INFORMATION>> INVOICE #: | | | |
| | | NOTIFICATION TO M.P. SQUAD BY: *DET CAREY* | |
| | | ASGN. DET. SQUAD MEMBER: *DET CAREY*   CASE#: *1455* | |
| | | DESK OFFICER: | |
| SEARCH SUPERVISED BY: *SGT GOMEZ* | | REC'D AT M.P. SQUAD BY: *318782 LINDENBAUM, PAA HA* | |
| PREPARED BY: | | ASGN TO M.P. SQUAD MEMBER: *DET. MIGUEL RODRIGUEZ* | |
| WHEN RCD: *05-01-2003* | HOW CLOSED: *Family Notified* | DATE CLOSED: *05-13-2003* | WHO GAVE INFO TO CLOSE: *898416 RODRIGUEZ, DT3 MIG* TEL: *718-221-0600* |
| NYPD OFFICIAL WHO CLOSED CASE: *DET. COLLAZO* | | SENT FAX TO MPS: *DET CAREY* | |

**REMARKS**

AT T/P/O REPORTER STATES THAT HER DAUGHTER LEFT TO GO TO BURGER KING
AND HASNT RETURNED SINCE. COMPLAINANT/REPORTER STATES THAT HER
DAUGHTER WOULD NOT DO ANYTHING LIKE THIS AND HAS NEVER DONE ANYTHING
LIKE THIS BEFORE
FATHER LORRIS CARMICHAEL
FATHER PRICNE THOMPSON RESIDE IN GUYANA
MOTEHRS MAIDEN NAME MOORE
THIS IS A CAT G PER SGT FLYNN
CARMICHAEL ELLE 615 REMSEN AVENUE 1FL 7183464267
*************************************************************
INVESTIGATION:
05-03-2003 06:55:
INVESTIGATION: MISSING PERSON
SUBJECT: CONFERRAL WITH COMPLAINANT
INVESTIGATIVE INQUIRIES
STATUS: ACTIVE

01. THE COMPLAINANT IN THIS INVESTIGATION WAS INTERVIEWED,"VIA
TELEPHONE", IN ORDER TO DETERMINE IF HER DAUGHTER HAD RETURNED TO
WHICH THE COMPLAINANT RESPONDED THAT SHE HAD NOT. I FURTHER MADE
INQUIRIES TO THE COMPLAINANT IF ANY INFORMATION COULD BE PROVIDED
THAT WOULD BE OF ASSISTANCE IN THE LOCATION OF HER DAUGHTER TO WHICH
THE COMLAINANT ALSO RESPONDED NO.

02. THE FOLLOWING INQUIRIES WERE MADE AS PER THE MISSING PERSONS
CHECK LIST.

A. THE NCIC ALARM WAS VERIFIED FOR ACCURACY AND IT WAS FOUND TO BE IN
ORDER.
B. THE SUBJECT OF THIS INVESTIGATION WAS SUBJECTED TO TWO SEPERATE
INQUIRIES WHICH UTILIZED THE AMPS SYSTEM. THE FIRST OF THESE INQUIRIES
WAS ONLY BASED ON THE SUBJECTS NAME, THIS INQUIRY ONLY PROVIDED THE
CASE UNDER INVESTIGATION AS A MATCH. THE SECOND INQUIRY WAS BASED ON
THE SUBJECT BASIC DESCRIPTION AND CASES RANGING FROM THE DATE OF THIS
REPORT THRU THE DATE OF THIS AMPS ENTRY.

THE FOLLOWING PARAMETERS WERE SET FOR THE INQUIRY:

FEMALE
BLACK
5'00" THRU 5'06"
100 LBS. THRU 125 LBS.
BROWN EYES
BLACK HAIR
REPORTS RANGING FROM APRIL 04,2003 THRU MAY 03,2003

THE AMPS INQUIRY ONLY PROVIDED THIS CASE AS A MATCH.

CASE STATUS / ACTIVE

DETECTIVE RODRIGUEZ, MIGUEL 898416

CARMICHAEL ELLE 615 REMSEN AVENUE 1FL 7183464267
*************************************************************
INVESTIGATION:
05-13-2003 08:13:
INVESTIGATION: MISSING PERSON
SUBJECT: LOCATION OF SUBJECT "DOA"
STATUS: REQUESTED CLOSING

01. DETECTIVE COLLAZO WHO IS ASSIGNED TO THE BROOKLYN MEDICAL
EXAMINERS OFFICE PROVIDED THE INFORMATION THAT THE SUBJECT OF THIS
INVESTIGATION HAS BEEN POSSITIVELY IDENTIFED AS A HOMICIDE VICTIM.
THE IDENTIFICATION WAS MADE BY THE SUBJECT'S COUSIN SHAWDELL TERRY WHO
RESIDES AT 1368 BROOKLYN AVE. BROOKLYN N.Y. TELEPHONE #718 469-8568.

02. REQUESTED CLOSING

DETECTIVE RODRIGUEZ, MIGUEL 898416

MPS DET: _____ DATE: _____

MPS SUPV: _____ DATE: _____

MPS DET: _____ DATE: _____


MPS SUPV:                            DATE:

# NEW YORK POLICE DEPARTMENT
## MISSING / UNIDENTIFIED PERSONS REPORT

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| CASE TYPE: | Missing | JURIS CODE: NYPD | PCT: 019 | COMPLAINT #: 019062219 | CASE #: MP0301134 |
| CODER ID: | | TIME: 10:42:00 DATE: 03/04/2003 | TIME LAST SEEN: 14:00:00 | DATE LAST SEEN: 03/03/2003 | LAST SEEN AT: 1175 YORK AVENUE |
| LAST NAME: ARONOV | FIRST: SVETLANA MIDDLE: | | ADDRESS: 1175 YORK AVENUE 11K MANHATTAN, NEW YORK 10021 | | |
| TENT NAME: , | | AGE: 45 | DOB: 05-11-1957 | PLACE OF BIRTH: RUSSIA IN NYS: N | LIVED ALONE: N |
| RACE: WHITE | | SEX: FEMALE | CAUSE OF ABSENCE: UNKN | CHAR OF CASE: CATEGORY G | |
| SSN: | | PROBABLE DESTINATION: UNKN | PD CODE: | AGENCY CODE: | AIDED: AIDED #: 0 |
| ARRESTED: | | ARREST #: | PL CHARGE: | ASSOCIATE ARREST: | CUSTODIAL PAPERS: DOCKET#: DATE: |
| MED EXAM #: | | WARD #: | HOSPITAL: | E.R. CHART #: | CHART #: ADMISSIONS #: |
| PHYSICAN: | | DENTIST: | COMPLAINANT/REPORTER: ARONOV ALEDANDER | ADDRESS: 1175 YORK AVENUE 11K | |
| HOME PHONE: 212-386-6079 | | WORK PHONE: | DOB: 12-05-1957 | RELATIONSHIP: | |

### PHYSICAL INFORMATION

| PHOTO #: | HEIGHT: 5'04" | WEIGHT: 115 | EYE COLOR: BROWN | BUILD: THIN | COMPLEXION: FAIR/LIGHT/PAL |
|---|---|---|---|---|---|
| EYE GLASSES: NONE | CONTACTS: Y | HAIR COLOR: BLONDE | FACIAL HAIR: | | TEETH: DENTAL RECORDS: |
| LOCATION: | BODY MARKS: | | DEFORMITIES: | | BLOOD TYPE: |
| | | | | | PHYSICAL COND: GOOD |
| FINGERPRINTED: N | | OTHER CHARACTERISTICS: MOLES ON FACE/SCAR RIGHTSIDE BUTTOCKS | | | |

### CLOTHING INFORMATION

| CLOTHING ITEM | STYLE | SIZE | COLOR | MARKINGS | CLOTHING ITEM | STYLE | SIZE | COLOR | MARKINGS |
|---|---|---|---|---|---|---|---|---|---|
| COAT/JACKET/VEST | FULLLENGTH | | BROWN | FURCOLLAR | | | | | |

### JEWELRY INFORMATION

| JEWELRY ITEM | DESCRIPTION | JEWELRY ITEM | DESCRIPTION |
|---|---|---|---|
| | | | |

### VEHICLE INFORMATION

| REG #: | STATE: | YEAR: 0 | MAKE: | YEAR: 0 | COLOR: |
|---|---|---|---|---|---|
| STYLE: | | | | | |

### MISC. INFORMATION

| SCHOOL: BD OF ED: DIST #: 0 | | PUBLICITY DESIRED: | PREVIOUSLY MISSING: | |
|---|---|---|---|---|
| OCCUPATION: UNKN | | PARENT'S NAME: ARONOV ALEDANDER | ADDRESS: 1175 YORK AVENUE 11K | TEL: 212-838-6079 |
| SOCIAL WORKER: TEL: | | BCW: BCW NAME: BCW TEL | | |
| TRANSIT POLICE: BRADLEY | | HOUSING POLICE: GROSS | DUTY CAPT: GULLY | OPERATIONS DIV: BUONO | COMM. DIV: IFILL |
| PRELIMINARY SEARCH AND/OR INVESTIGATION CONCLUDED: Time: 01:45:00 Date: 03/04/2003 Authority: SGT FARRONE | | | | |
| STATUS: C | DATE: 05-12-2003 | NOTIFIED BY: PO WOJCIECHOWICA | | |
| NYSPIN: | DATE ENTERED: | ENTERED BY: | DATE CANCELLED: CANCELLED BY: | |
| AMPS: 884087 | DATE ENTERED: 03-04-2003 | ENTERED BY: 318782 | DATE CANCELLED: 05-15-2003 CANCELLED BY: 884087 | |

| PROPERTY INFORMATION>> INVOICE #: | |
|---|---|
| | NOTIFICATION TO M.P. SQUAD BY: PO WOJCIECHOWICA |
| | ASGN. DET. SQUAD MEMBER: DET SAMBORSKI    CASE#: 539 |
| | DESK OFFICER: |
| SEARCH SUPERVISED BY: SGT FARRONE | REC'D AT M.P. SQUAD BY: 318782 LINDENBAUM, PAA HA |
| PREPARED BY: | ASGN TO M.P. SQUAD MEMBER: JARVIS, DARRYL |
| WHEN RCD: 03-04-2003 | HOW CLOSED: Family Notified | DATE CLOSED: 05-12-2003 | WHO GAVE INFO TO CLOSE: 884087 JARVIS, DT3 DARRYL TEL: |
| NYPD OFFICIAL WHO CLOSED CASE: | | | SENT FAX TO MPS: PO WOJCIECHOWICZ |

| REMARKS |
|---|

AT T/P/O MISSING LEFT HER BUILDING TO WALK HER FATHERS DOG AND DID NOT RETURN... MISSING WAS TO LEAVE THE HOUSE KEYS WITH THE DOORMAN FOR HER DAUGHTER TO GET IN.. NO KEYS WERE LEFT.. AREA HOSPITALS AND MORGUE CHECKED WITH NEG RESULTS.. 19 PDU PDU CASE 539.. CANVASS.. LEVEL 1 MOBILIZATION BY MNTF.. NEG RESULTS.. SHORE LINE SEARCH BY HARBOR.. NEG RESULTS. ROOF TOP SEARCH BY AVATION.. NEG RESULTS.. K9 SERACH IN THE PROCESS OF BEING CONDUCTED..
THIS IS A CAT G
*************************************************************
INVESTIGATION:
03-04-2003 14:24: THE UNDERSIGNED CONFERRED WITH DET. DIDOMENICO 19TH SQD . RE; CASE OF ARONOV . AT THIS TIME THERE IS NO CHANGE IN THE STAUS OF THE MISSING . THE LAST SIGHTING OF THE MISSING WAS ON YORK ST. WHILE WALKING THE DOG . BLOOD HOUND SCENT ENDS ON 68TH ST. . NO FURTHER LEADS AT THIS TIME . SURVEILANCE CAMERA IMAGES PENDING AT THIS TIME .
*************************************************************
INVESTIGATION:
03-06-2003 12:30: THE UNDERSIGNED CONFERRED WITH DET . SAMBORSKI VIA TELEPHONE . NO CHANGE IN STATUS IN THE CASE AT THIS TIME . AN APPARENT CONNECTION WITH A MALE IN A GYM FREQUENTED BY THE MISSING HAS NOT YIELDED ANY RESULTS AT THIS TIME . NO ASSISTANCE REQUESTED OF THIS OFFICE AT PRESENT .

MISSINGS PERSONS SPECIAL ATTENTION ALERT TO CITY MORGUES / MELU UNITS.
*************************************************************
04/03/2003 THE UNDERSIGNED CONFERRED WITH DET. SAMBORSKI VIA TELEPHONE . N0 CHANGE IN CASE STATUS AT THIS TIME .
*************************************************************
04/21/2003 THE UNDERSIGNED CONFERRED WITH DET. SAMBORSKI VIA TELEPHONE. NO CHANGE IN CASE STATUS . REQUESTED A COPY OF THE VICAP REPORT .
*************************************************************
05/12/2003 THE UNDERSIGNED SPOKE WITH DET. VANDYKE 19 SQD . AT THIS TIME I WAS INFORMED THAT THE BODY OF THE MISSING SVETLANA ARONOV WAS RECOVERED FROM THE EAST RIVER ON THE QUEENS SIDE OF THE RIVER . THE BODY SHOWED BRUISES ON THE LEGS BELOW THE KNEES . NO OTHER SIGN OF TRAUMA WAS VISIBLE AT THIS TIME . THE AUTOPSY WAS CONDUCTED AT THE MEDICAL EXAMINERS OFFICE AND CONCLUDED THAT THE CAUSE OF DEATH IS DROWNING . THE EVENTS THAT LED TO THE MISSING ENDING UP IN THE RIVER ARE UNKNOWN AT THIS TIME . CASE DET. SAMBORSKI NOT PRESENT AT THIS TIME .

IN VIEW OF THE ABOVE INFORMATION THE UNDERSIGNED REQUESTS THAT THIS CASE BE MARKED CLOSED

MPS DET: _____ DATE: _____

MPS SUPV: _____ DATE: _____

MPS DET: _____ DATE: _____

MPS SUPV: _____ DATE: _____

# THE NEW YORK CITY LAW DEPARTMENT
## MAPSS WORK REQUEST

**TIME/DATE STAMP** 2011 NOV -4 PM 12: 57
**FRONT DESK INITIALS**
**TRACKING #:**

**MESSENGER'S ID:**

| REQUESTOR'S NAME: | ID #: | DIVISION: | ROOM #: | PHONE #: |
|---|---|---|---|---|
| Arthur G. Larkin | 649059 | SFLIT | 3-177 | (212) 788-1599 |

| CASE NAME: | NYCLIS #: | DOCUMENT TYPE: |
|---|---|---|
| Carmichael v. City of NY, et al. | 2006-005002 | Letter with Aronov/Moore MP unit printouts |

☒ **DELIVER**         ☐ **PICK UP**

OUTSIDE DEADLINE: November 7, 2011, at 5:00 p.m.

OUTSIDE DEADLINE: _____

Description of Item(s) (letter, redwell, etc.): _____

Description of Items: _____

- Heavy items and boxes must be picked-up by car and may require special scheduling.

Size/Weight/Amount: _____

Special Instructions:

Special Instructions: _____

**Receipt for Delivery?** ☒ YES  ☐ NO

**COMMENTS:** McDonough and Decatur.

(PLEASE COMPLETE ALL INFORMATION REQUESTED)

**TO / FROM:**

| Name: | A. Lorenzo Bryan, Esq. | Telephone: | 718-773-2400 |
|---|---|---|---|
| Firm/Agency: | Law Office of A. Lorenzo Bryan, LLC | Room: | |
| Attorney for the | Defendants | | |
| Address: | 366 Stuyvesant Avenue | | |
| | Brooklyn, NY 11223 | | |

**RECEIVED BY:**

Print Name:
Signature:
Date:
Time:

**MESSENGERS & PROCESS SERVERS SECTION (212) 788-1615**



## THE NEW YORK CITY LAW DEPARTMENT
## MAPSS WORK REQUEST

MESSENGER'S ID: FO

TIME/DATE STAMP FRONT DESK IN: 2011 NOV -4 PM 12:56

TRACKING #: _____

| REQUESTOR'S NAME: | ID #: | DIVISION: | ROOM #: | PHONE #: |
|---|---|---|---|---|
| Arthur G. Larkin | 649059 | SFLIT | 3-177 | (212) 788-1599 |

| CASE NAME: | NYCLIS #: | DOCUMENT TYPE: |
|---|---|---|
| **Carmichael v. City of NY, et al.** | 2006-005002 | Letter with Aronov/Moore MP unit printouts |

☒ **DELIVER**    ☐ **PICK UP**

OUTSIDE DEADLINE: November 4, 2011, at 5:00 p.m.

OUTSIDE DEADLINE: _____

Description of Item(s) (letter, redwell, etc.): _____

Description of Items: _____

- Heavy items and boxes must be picked-up by car and may require special scheduling.

Size/Weight/Amount: _____

Special Instructions:

Special Instructions: _____

Receipt for Delivery?  ☒ YES   ☐ NO

COMMENTS:

(PLEASE COMPLETE ALL INFORMATION REQUESTED)

**TO / FROM:**

Name: David Gottlieb, Esq.          Telephone: 212-257-6800

Firm/Agency: Thompson Wigdor LLP          Room: _____

Attorney for the: Plaintiffs

Address: 85 Fifth Avenue

New York, NY 10003

**RECEIVED BY:**

Print Name: SGLTY-READ          Date: 11/4/11

Signature: [signature]          Time: _____

**MESSENGERS & PROCESS SERVERS SECTION (212) 788-1615**

# EXHIBIT L

RMMTEMP_MPDump4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MP0302214 | 4/29/03 23:13 | 108 | 1/1/00 0:00 | 15 MALE | HISPANIC WHITE | UNIDENTIFIED AIDED/EDP | ARRESTED MINOR |
| MP0302215 | 4/30/03 10:02 | 081 | 4/27/03 12:30 | 11 FEMALE | BLACK | MISSING 10-17 | |
| MP0302216 | 4/30/03 10:05 | 033 | 4/25/03 11:00 | 76 MALE | WHITE | UNIDENTIFIED DOA | UNK |
| MP0302217 | 4/30/03 10:31 | 068 | 4/28/03 8:20 | 15 FEMALE | WHITE | MISSING 10-17 | RUNAWAY |
| MP0302218 | 4/30/03 10:16 | 079 | 4/28/03 7:45 | 13 FEMALE | BLACK | MISSING 10-17 | RUNAWAY |
| MP0302219 | 4/30/03 10:44 | 047 | 4/28/03 7:30 | 15 FEMALE | HISPANIC WHITE | MISSING 10-17 | UNKN |
| MP0302220 | 4/30/03 11:33 | 048 | 4/25/03 23:59 | 13 FEMALE | BLACK | MISSING 10-17 | |
| MP0302221 | 4/30/03 12:26 | 090 | 4/24/03 2:00 | 13 MALE | BLACK | MISSING 10-17 | RUNAWAY |
| MP0302222 | 4/30/03 13:51 | 120 | 4/29/03 11:20 | 13 FEMALE | BLACK | MISSING 10-17 | FIGHT WITH HER MOTHER |
| MP0302223 | 4/30/03 14:18 | 113 | 4/29/03 6:00 | 16 FEMALE | BLACK | MISSING 10-17 | RUNAWAY |
| MP0302224 | 4/30/03 14:54 | 105 | 4/28/03 22:40 | 23 MALE | ASIAN / PACIFIC ISLANDER | SPECIAL CATEGORY | |
| MP0302225 | 4/30/03 14:49 | 083 | 4/28/03 15:50 | 15 FEMALE | HISPANIC WHITE | MISSING 10-17 | RUNAWAY |
| MP0302226 | 4/30/03 19:29 | 101 | 4/25/03 0:30 | 17 MALE | BLACK | MISSING 10-17 | RUNAWAY |
| MP0302227 | 4/30/03 20:39 | 062 | 4/29/03 10:00 | 15 FEMALE | ASIAN / PACIFIC ISLANDER | MISSING 10-17 | UNK |
| MP0302228 | 4/30/03 21:08 | 102 | 4/26/03 14:00 | 72 MALE | HISPANIC BLACK | MISSING ELDERLY | UNKNOWN |
| MP0302229 | 4/30/03 22:48 | 023 | 4/29/03 16:30 | 14 FEMALE | BLACK | MISSING 10-17 | UNK |
| MP0302230 | 5/1/03 9:01 | 090 | 4/28/03 9:00 | 45 MALE | BLACK | EDP / DISABLED / INVOLUNTARY | UNKN |
| MP0302231 | 5/1/03 9:32 | 044 | 4/30/03 19:00 | 67 FEMALE | BLACK | MISSING ELDERLY | DENENTIA |
| MP0302232 | 5/1/03 9:51 | 067 | 4/24/03 19:00 | 21 FEMALE | BLACK | OTHER | UNKN |
| MP0302233 | 5/1/03 10:02 | 067 | 4/28/03 7:30 | 16 MALE | BLACK | MISSING 10-17 | LEFT SCHOOL |
| MP0302234 | 5/1/03 10:16 | 072 | 4/30/03 22:30 | 67 FEMALE | HISPANIC WHITE | MISSING ELDERLY | |
| MP0302235 | 5/1/03 12:01 | 020 | 4/30/03 9:45 | 17 FEMALE | HISPANIC WHITE | GROUP/FOSTER HOMES | RUNAWAY |
| MP0302236 | 5/1/03 12:36 | 077 | 4/29/03 7:30 | 15 FEMALE | BLACK | MISSING 10-17 | VOLUNTARILY |
| MP0302237 | 5/1/03 13:46 | 075 | 4/12/03 14:00 | 16 FEMALE | BLACK | GROUP/FOSTER HOMES | |
| MP0302238 | 5/1/03 13:27 | 111 | 4/29/03 23:59 | 13 MALE | HISPANIC WHITE | MISSING 10-17 | RUNAWAY |
| MP0302239 | 5/1/03 13:41 | 114 | 4/13/03 18:00 | 15 FEMALE | BLACK | MISSING 10-17 | |
| MP0302240 | 5/1/03 14:00 | 106 | 5/1/03 7:06 | 68 MALE | ASIAN / PACIFIC ISLANDER | MISSING ELDERLY | DOA |
| MP0302241 | 5/1/03 14:24 | 103 | 5/1/03 0:00 | 28 MALE | BLACK | UNIDENTIFIED AIDED/EDP | |